UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

STEPHAN R. STRINE,

                           Plaintiff,

                                                                    ORDER
        v.                                                                  11-CV-633A

GENESEE VALLEY FEDERAL CREDIT
UNION, ET AL.,

                           Defendants.

---

        The above-referenced case was referred to Magistrate Judge Hugh B. Scott, pursuant to 28 U.S.C. § 636(b)(1)(B).  On January 29, 2013, Magistrate Judge Scott filed a Report and Recommendation, recommending that defendants' motion to dismiss the complaint be granted

        The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Scott's Report and Recommendation, defendants' motion to dismiss the complaint is granted.

        The Clerk of Court shall take all steps necessary to close the case.

        SO ORDERED.

                                                    *s/ Richard J. Arcara*
                                                   HONORABLE RICHARD J. ARCARA
                                                   UNITED STATES DISTRICT JUDGE

DATED: February 20 , 2013